IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DISTRICT

| | |
|---|---|
| IGNACIO RIOS ) | |
| ) | |
| Plaintiff, ) | No. 14-cv-2433 |
| ) | |
| v. ) | Magistrate Judge Valdez |
| ) | |
| CAROLYN W. COLVIN, Acting ) | |
| Commissioner of Social Security, ) | |
| Defendant. ) | |

## PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT UNDER RULE 58(d)

NOW COMES the Plaintiff and moves this Court set out judgment in a separate document pursuant to Rule 58(d). In support of his motion, plaintiff states as follows:

1. On May 24, 2016, this court entered an opinion and order granting Plaintiff's Motion for Summary Judgment and remanding this matter to Defendant for further proceeding consistent with the order (Docket Entry 24).

2. Judgement was not entered on a separate document pursuant to Federal Rule of Civil Procedure ("FRCP") 58(a).

3. One hundred and fifty days have not yet run from the entry of the order in the civil docket to fulfil the requirement of Rule 58(c)(2)(B).

WHEREFORE, Plaintiff prays this court set out judgment in a separate document pursuant to Rule 58.

                Respectfully Submitted,

                s/Beth A. Alpert
                Attorney for Plaintiff

Beth A. Alpert
Beth A. Alpert & Associates
53 W. Jackson, Suite 515
Chicago, Illinois  60604
(312)-427-2611

# CERTIFICATE OF SERVICE

To:  Donald R. Lorenzen, Esq.          Brock C. Cima, Esq.
     Assistant U.S. Attorney            Assistant Regional Counsel
     Office of the U.S. Attorney        OGC Region VI, SSA
     219 S. Dearborn St., #500          1301 Young Street, Ste. A702
     Chicago, Illinois 60604            Dallas, Texas 75202
     donal.lorenzen@usdoj.gov           brock.cima@ssa.gov

    The undersigned attorney hereby certifies that on August 29, 2016, she electronically filed the foregoing PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT IN A SEPARATE DOCUMENT with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to Donald R. Lorenzen, Esq., the above named attorney. I also hereby certify that I have mailed via the United States Postal Service, the document to the following non-CMF/ECF participants: Brock C. Cima, Esq.

                                              s/ Beth A. Alpert
                                              Beth A. Alpert
                                              Attorney for Plaintiff
                                              Ignacio Rios III

Beth Alpert
Beth Alpert & Associates
The Monadnock Building
53 W. Jackson Blvd., #515
Chicago, Illinois  60604
(312) 427-2611
(312) 427-2644 *fax*